# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| AARYAN & PRATHA, INC., an Alabama corporation, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. ) 2:16-cv-0274-CG-WEC ) |
| COSTCO WHOLESALE CORPORATION, a Washington corporation, and COSTCO WHOLESALE MEMBERSHIP, INC., a California corporation. | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

The parties having filed a Joint Stipulation of Dismissal with Prejudice on September 10, 2019 (Doc. 85), it is **ORDERED** that all claims in this action are hereby **DISMISSED with prejudice**.  Each party shall bear its own costs.

**DONE and ORDERED** this 10th day of September, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE